**Stephen P. Yoshida, OSB No. 044588**
syoshida@mblglaw.com
**Johnathon K. Carter, OSB No. 223670**
jcarter@mblglaw.com
MARTIN BISCHOFF, LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

Attorneys for Defendant Nissan North America, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| KANG IMMORTUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LITHIA NISSAN OF EUGENE, LITHIA MOTORS, INC., NISSAN NORTH AMERICA, INC.<br><br>　　　　Defendants. | Case No. 6:25-cv-00778<br><br>**DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>DEMAND FOR JURY TRIAL |

　　In response to Plaintiff's Complaint, Defendant Nissan North America, Inc. ("NNA") hereby admits, denies, and alleges as follows:

## INTRODUCTION

　　1.　　In response to the allegations of paragraph 1, NNA denies the allegations of gross negligence, reckless endangerment, unlawful retaliation, or any other fault asserted.

Page 1 -　DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER
　　　　 AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR  97204
Telephone: 503-914-2015

2. Denies.

## JURISDICTION AND VENUE

3. In response to the allegations of paragraph 3, NNA admits and avers that the U.S. District Court of Oregon has subject matter jurisdiction over this matter.

## PARTIES

4. NNA is without sufficient knowledge or information to admit or deny the allegations of paragraph 4.

5. The allegations of paragraph 5 are not directed against NNA and therefore no response is required. To the extent a response is required, NNA admits that Lithia Nissan of Eugene is an independent authorized dealership located in Eugene, Oregon.

6. The allegations of paragraph 6 are not directed against NNA and therefore no response is required. To the extent a response is required, NNA admits that Lithia Nissan of Eugene is an independent authorized dealership located in Eugene, Oregon.

7. In response to the allegations of paragraph 7, NNA admits that it is a foreign corporation authorized to conduct business in the State of Oregon.

## BACKGROUND AND NEGLIGENCE ALLEGATIONS

8. The allegations of paragraph 8 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations.

9. In response to the allegations of paragraph 9, NNA denies the allegation that the subject vehicle poses a safety risk to Plaintiff. NNA is without sufficient knowledge or information to admit or deny the remaining allegations and therefore denies the same.

Page 2 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER
AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

10. NNA is without sufficient knowledge or information to admit or deny the allegations of paragraph 10 and therefore denies the same.

11. The allegations of paragraph 11 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations.

12. The allegations of paragraph 12 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations.

13. The allegations of paragraph 13 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations.

14. The allegations of paragraph 14 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations.

## ALLEGED RETALIATION AND FORCIBLE REPOSSESSION

15. - 21. The allegations of paragraphs 15 through 21 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations.

## ALLEGED ONGOING SAFETY FAILURES

22. – 25. The allegations of paragraphs 22 through 25 do not appear to be directed against NNA and therefore no response is required. To the extent a response is required, NNA is without sufficient knowledge or information to admit or deny the allegations. Notwithstanding,

Page 3 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

NNA denies any allegation that the subject vehicle suffers from or poses any "ongoing safety concern" or "ongoing danger."

## ALLEGED BACKGROUND OF COMMUNICATIONS WITH NNA

26. – 28.    In response to the allegations of paragraphs 26 through 28, NNA admits on current information and belief that Plaintiff has contacted NNA and Defendant Lithia Nissan of Eugene on one or more occasions to make complaints related to the subject vehicle and/or demand repurchase and/or compensation.  NNA denies Plaintiff's allegations that NNA refused to act or committed any actionable conduct in response to Plaintiff's communications.

29.    Denies.

30. – 31.    In response to the allegations of paragraph 30 through 31, NNA admits on current information and belief that Plaintiff has contacted NNA and Lithia Nissan of Eugene on one or more occasions to make complaints related to the subject vehicle and/or demand repurchase and/or compensation.  NNA denies Plaintiff's allegations that NNA refused to act or committed any actionable conduct in response to Plaintiff's communications.

32.    Denies.

33.    Denies.

## FIRST CLAIM FOR RELIEF

### Count One: Negligence and Reckless Endangerment

34. – 40.    Plaintiff's First Claim for Relief (Count One) does not appear to be directed against NNA and therefore no response is required.  To the extent a response is required, NNA denies any allegation of negligence or reckless endangerment.

Page 4 -    DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

### Count Two: Retaliation

41. – 51.   Plaintiff's First Claim for Relief (Count Two) does not appear to be directed against NNA and therefore no response is required.  To the extent a response is required, NNA denies any allegation of retaliation.

### Count Three: Deceptive Business Practices

52. – 58.   Plaintiff's First Claim for Relief (Count Three) does not appear to be directed against NNA and therefore no response is required.  To the extent a response is required, NNA denies any alleged deceptive business practices or violation of ORS 646.605, *et seq*.

### Count Four: Punitive Damages

59. – 64.   Plaintiff's First Claim for Relief (Count Four) does not appear to be directed against NNA and therefore no response is required.  To the extent a response is required, NNA denies any claim or right to recover punitive damages.

### SECOND CLAIM FOR RELIEF

**Count One: Breach of Warranty under Magnuson-Moss Warranty Act and/or State Law**

65.   In response to the allegations of paragraph 65, NNA incorporates by reference and re-alleges its responses above.

66.   In response to the allegations of paragraph 66, NNA denies that it is the manufacturer of the subject vehicle.  NNA admits that it is the distributor of the subject vehicle and further admits that the subject vehicle was originally covered by a new vehicle limited warranty issued by NNA.

67.   In response to the allegations of paragraph 67, NNA admits that certain 2018 – 2019 Sentra vehicles were subject to a class action settlement and release.  NNA admits that

Page 5 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER
          AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR  97204
Telephone: 503-914-2015

vehicles covered by the class action settlement and release ("class vehicles") received a warranty extension.

68. In response to the allegations of paragraph 68, NNA admits that the terms of any applicable express limited written warranty speak for themselves. NNA denies any allegation that it breached any warranty or otherwise violated ORS 72.3130 or U.S.C. § 2301, *et seq*.

69. Denies.

70. Denies.

### Count Two: Negligence

71. In response to the allegations of paragraph 71, NNA incorporates by reference and re-alleges its responses above.

72. In response to the allegations of paragraph 72, NNA admits and avers that NNA's duties under any applicable express written warranty are governed by the terms of the applicable warranty. NNA admits and avers that, under Oregon law, it owed a "duty" to avoid conduct that creates an unreasonable and foreseeable risk of harm. NNA is without sufficient knowledge or information to admit or deny the remaining allegations of paragraph 72 and therefore denies the same.

73. Denies.

74. Denies.

75. Denies.

76. Denies.

### Count Three: Oregon Lemon Law

77. In response to the allegations of paragraph 77, NNA incorporates by reference and realleges its responses above.

Page 6 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER
AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

78. In response to the allegations of paragraph 78, NNA states that the terms, obligations, and remedies of ORS 646A.404 speak for themselves.  NNA denies that the subject vehicle qualifies for relief under the Oregon Lemon Law.

79. In response to the allegations of paragraph 79, NNA admits and avers that the subject vehicle was sold as a certified pre-owned vehicle, and the terms of the applicable limited express certified pre-owned warranty speak for themselves.  NNA denies that the subject vehicle qualifies for relief under the Oregon Lemon Law.

80. In response to the allegations of paragraph 80, NNA admits and avers that the subject vehicle was sold as a certified pre-owned vehicle, and the terms of the applicable limited express certified pre-owned warranty speak for themselves.  Likewise, NNA admits and avers that the terms of any applicable class action settlement and release speak for themselves.  NNA denies that the subject vehicle qualifies for relief under the Oregon Lemon Law.

81. Denies.

## PRAYER FOR RELIEF

82. – 88. NNA denies Plaintiff's prayer for relief in its entirety.

89. NNA does not oppose Plaintiff's request for or right to a jury trial.

## AFFIRMATIVE DEFENSES

FOR FURTHER ANSWER AND BY WAY OF AFFIRMATIVE DEFENSES, NNA alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim for Relief)

90. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Page 7 -    DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR  97204
Telephone: 503-914-2015

## SECOND AFFIRMATIVE DEFENSE

(Nonconformity Does Not Impair Use)

91. Any alleged nonconformity of the subject vehicle does not substantially impair the use, market value, or safety of the vehicle.

## THIRD AFFIRMATIVE DEFENSE

(Nonconformity Resulted From Plaintiff's and/or Third Party's Actions)

92. Any alleged nonconformity of the vehicle is the result of abuse, neglect, accident, or unauthorized modifications or alterations of the vehicle by Plaintiff or by third parties over whom NNA has no control or responsibility.

## FOURTH AFFIRMATIVE DEFENSE

(No Privity)

93. NNA was not a party to Plaintiff's purchase of the subject vehicle and has no privity of contract with Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

(Warranty Exclusion, Disclaimer, Limitation of Remedy)

94. Some or all of Plaintiff's legal claims and remedies may be disclaimed, barred, or limited by the terms of the applicable express limited written warranties issued by NNA.

## SIXTH AFFIRMATIVE DEFENSE

(Release and Waiver)

95. Some or all of Plaintiff's claims for relief may be barred under the terms of the class action settlement, as referenced in Plaintiff's Complaint.

Page 8 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

SEVENTH AFFIRMATIVE DEFENSE

(Untimely Claim or Statute of Limitations)

96. Plaintiff's claim for relief under the Oregon Lemon Law is barred based on the age and mileage of the subject vehicle. Likewise, some or all of Plaintiff's additional claims for relief may be time-barred.

RESERVATION OF DEFENSES

NNA's discovery and investigation are continuing. NNA reserves the right to amend its Answer and allege additional Affirmative Defenses.

WHEREFORE, having fully answered the Complaint, NNA prays for the following relief:

1. Dismissal of Plaintiff's Complaint with prejudice;

2. An award of NNA's costs and disbursements as authorized by law; and

3. Such other and further relief in favor of NNA as may be deemed just and equitable.

DATED:  May 19, 2025.

MARTIN BISCHOFF, LLP

  s/ Stephen P. Yoshida
Stephen P. Yoshida, OSB No. 044588
syoshida@mblglaw.com
Johnathon K. Carter, OSB No. 223670
jcarter@mblglaw.com
620 SW 5th Avenue, Suite 300
Portland, OR 97204
*Attorneys for Defendant Nissan North America, Inc.*

Page 9 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR  97204
Telephone: 503-914-2015

CERTIFICATE OF SERVICE

I hereby certify that, on this date I served the foregoing DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES by causing a full, true and correct copy thereof to be served on the following individuals in the following method(s):

Kang Immortus
2940 Crescent Avenue
Apt. 211
Eugene, OR 97408
Email: kangtheconqueror937@gmail.com
*Plaintiff Pro Se*

Stephen P. Rickles
The Rickles Law Firm PC
PO Box 10065
Portland, OR 97296
Email: steve@rickles-law.com
*Attorney for Lithia Nissan of Eugene*

☐ First class mail, postage prepaid, from Portland, Oregon
☒ Electronic service to the e-mail address for each individual listed.

DATED: May 19, 2025.

MARTIN BISCHOFF, LLP

   s/ Stephen P. Yoshida
Stephen P. Yoshida, OSB No. 044588
syoshida@mblglaw.com
Johnathon K. Carter, OSB No. 223670
jcarter@mblglaw.com
620 SW 5th Avenue, Suite 300
Portland, OR 97204
*Attorneys for Defendant Nissan North America, Inc.*

Page 10 -   DEFENDANT NISSAN NORTH AMERICA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015