FILED 22 MAY '25 1055 USDC-ORE

# UNITED STATES DISTRICT COURT DISTRICT OF OREGON EUGENE DIVISION

Kang Immortus

       Plaintiff,

    v.

LITHIA NISSAN OF EUGENE

LITHIA MOTORS, INC.  and,

NISSAN NORTH AMERICA, INC.,


      Defendants.

Case No. 6:25-cv-00778

**MOTION FOR PRELIMINARY INJUNCTION**

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

### INTRODUCTION

Plaintiff, appearing pro se, moves this Court under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 2310(d) to issue a preliminary injunction requiring Defendant Nissan North America, Inc. to immediately repurchase Plaintiff's 2019 Nissan Sentra for $27,389, the original price of $24,782 plus $2,607 in accrued loan interest. This motion is necessary to prevent imminent and irreparable harm, as the vehicle remains dangerously defective despite three failed warranty repairs and is backed by 24 documented failures, placing Plaintiff and the public at serious and ongoing risk.

## I. FACTUAL BACKGROUND

1.     Plaintiff purchased a 2019 Nissan Sentra under Certified Pre-Owned (CPO) warranty terms issued and administered by Nissan North America, Inc.

2.     The vehicle is currently covered under the extended CVT warranty established by the 2022 Minerva Martinez v. Nissan North America, Inc. class action settlement, which applies through 84 months or 84,000 miles. This class action settled claims regarding widespread CVT failures including Plaintiff's 2019 Sentra.

3.     Between March 24 and May 18, 2025, Plaintiff recorded 24 separate, video-documented incidents of severe and uncontrollable CVT failures, uploaded to a Dropbox folder that all defendants have had access to for weeks. This Dropbox folder remains available to the court at the URL: bit.ly/SentraFailureVideos

4.     In these incidents, the vehicle repeatedly slipped out of gear and abruptly stopped accelerating while driving before chaotically jerking back into motion, often at speeds of up to 35 mph and while turning left at intersections, creating immediate, life-threatening danger to Plaintiff and others on the road.

5.     Three failed experimental repairs were performed under warranty by Lithia Nissan of Eugene in May 2024, December 2024, and January 2025, all authorized by Nissan North America's Warranty Department.

6.     Plaintiff was forced to take back the 2019 Sentra on March 24, 2025, despite serious concerns about the decision to perform a third CVT rebuild, particularly after the December failure nearly caused a collision.

7.     Despite months of documented failures, ongoing safety risks, and NNA's legal obligations, no loaner vehicle, buyback, or inspection has been offered.

## II.  LEGAL STANDARD

8.     A preliminary injunction is appropriate where the moving party demonstrates (1) a likelihood of the moving party's success on the merits, (2) a likelihood of suffering irreparable harm in the absence of preliminary relief, (3) that the balance of equities tips in the movant's favor, and (4) that an injunction is in the public interest.

## III. ARGUMENT

9.     Plaintiff is likely to succeed on the merits of his federal warranty claim under the Magnuson-Moss Warranty Act. The subject vehicle is covered under the extended CVT warranty confirmed in the 2022 Minerva Martinez class action settlement, which applies through 84 months or 84,000 miles. Plaintiff has submitted 24 separate video-documented failures of the CVT transmission, all of which occurred after three unsuccessful warranty repairs authorized and paid for by Defendant Nissan North America, Inc.

10.     These failures are not minor or isolated. They include complete loss of acceleration while pressing the gas pedal, sudden disengagement of the transmission while in motion, RPM spikes with abrupt drop in acceleration until the vehicle drops into gear and jerks back into motion. These events have occurred while turning left at intersections and merging into traffic, often at speeds of up to 35 mph. The recurrence and severity of these mechanical failures demonstrate an active defect that Defendant NNA has failed to correct despite three warranty-authorized repairs. The pattern of malfunction is consistent with known CVT issues and supports a clear breach of warranty under 15 U.S.C. § 2310(d).

12.     The balance of hardships weighs heavily in Plaintiff's favor. Defendant Nissan North America, Inc. faces a temporary financial obligation it already assumed by offering warranty coverage and participating in a class-wide CVT settlement. Plaintiff, by contrast, continues to drive a vehicle that presents an active and daily safety risk. Without injunctive relief, Plaintiff must choose between risking random uncontrollable vehicle failures or being stranded without transportation. The equities weigh in favor of immediate action.

13.     Granting this injunction would serve the public interest. A defective vehicle that suffers from repeated loss of power and uncontrollable CVT failures is not only dangerous to its driver but also to surrounding vehicles and the public. The public interest is furthered by enforcing warranty obligations, particularly when a known mechanical defect remains unresolved and continues to pose a serious daily safety threat despite multiple failed CVT repairs over the past year.

## IV. **REQUESTED RELIEF**

14.     Plaintiff respectfully requests that the Court issue a preliminary injunction requiring Defendant Nissan North America, Inc. to immediately repurchase Plaintiff's 2019 Nissan Sentra for the amount of $27,389. This amount reflects the original purchase price of $24,782, plus $2,607 in accrued interest resulting from Plaintiff's prolonged and unsafe retention of the defective vehicle under warranty.

15.     Plaintiff further requests that the Court waive any bond requirement under Federal Rule of Civil Procedure 65(c), as Plaintiff is a pro se litigant seeking relief for an ongoing safety hazard that presents a daily risk of serious harm.

PAGE 4 - MOTION FOR PRELIMINARY INJUNCTION

Defendant Nissan North America, Inc. already has contractual and statutory obligations to provide this remedy and faces no undue burden from compliance.

16.     Plaintiff respectfully requests that if the Court grants a buyback under the Magnuson-Moss Warranty Act against Defendant Nissan North America, Inc., no defendants be dismissed from the state law claims set forth in the Complaint. This injunction is narrowly tailored to address the federal warranty issue alone. Plaintiff further asks that, following resolution of the buyback, all remaining state law claims involving Nissan North America, Inc., Lithia Nissan of Eugene, and Lithia Motors, Inc. be remanded to Lane County Circuit Court for full adjudication under Oregon law.

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully Submitted,
Dated: May 22, 2025
Kang Immortus
2940 Crescent Ave APT 211
Eugene, OR, 97408
541-736-6984
kangtheconqueror937@gmail.com
Plaintiff, Pro Se

# EXHIBIT A

## (Original Purchase Agreement)

1.   **Original purchase agreement executed by Plaintiff on July 8, 2022, at Beaverton Nissan for the subject 2019 Nissan Sentra.**

2.   **Proves Plaintiff purchased a Security+Plus Gold Preferred extended warranty for $1,980, with 7-year / 100,000-mile coverage.**

3.   **Shows new vehicle warranty start date of June 20, 2019, which provides coverage through June 20, 2026, under both the terms of the Minerva Martinez v. Nissan  North America, Inc. class action settlement as well as Plaintiff's purchased Gold Preferred extended warranty.**

4.   **As of the date of this filing, the subject 2019 Sentra has 69,356 miles on the odometer, well within both the 85,000-mile class settlement coverage and the 100,000-mile Gold Preferred warranty coverage.**

5.   **The Dropbox folder of (at least 24) failure videos taken over the last six weeks proves Plaintiff's vehicle is currently under 85,000 miles and remain available to the court at the following URL: bit.ly/SentraFailureVideos**

**\*Purchase agreement is in Plaintiff's birth name prior to name change\***



| NISSAN Security+Plus® | OPTIONAL CERTIFIED PRE-OWNED WRAP APPLICATION/DECLARATION | VEHICLE SERVICE CONTRACT (VSC) |
|---|---|---|

| Dealer Information | | | NESNA P.O. BOX 685004 FRANKLIN, TN 37068-5004 | Vehicle Information | | |
|---|---|---|---|---|---|---|
| Number 5879 | | | | YEAR 2019 | MAKE NISSAN | MODEL Sentra S |
| Name BEAVERTON NISSAN 4228/5879 | | | Contract Number | Vehicle ID Number (17-Digit VIN) | | |
| City BEAVERTON | State OR | | #'s must be obtained from NNAnet/Carfax website. VSC12395399 | 3N1AB7AP3KL628629 | | |
| Phone (503) 643-8676 | | | | | | |

| Applicant Information | | | Lienholder or Service Payment Plan (0% Financing) | | |
|---|---|---|---|---|---|
| Last Name ALAIMO | First ANTONIO | M.I. | Name SELCO COMMUNITY CREDIT UNION | | |
| Street / P.o. Box Address 14923 SW MILLIKAN WAY #821 | | | Street / P.O. Box Address PO BOX 7487 | | |
| City BEAVERTON | State OR | Zip Code 97003 | City SPRINGFIELD | State OR | Zip Code 97475 |
| A.M. Phone (000) 000-0000 | P.M. Phone | | Applicant Email thewizard1177@gmail.com | | |

| Odometer Reading | New Vehicle Warranty Start Date | Date Of Purchase: CPO Vehicle |
|---|---|---|
| 25,876 | Month 06 Day 20 Year 2019 — Start of original ownership from Service-Comm. Cannot be the same as date of purchase of CPO vehicle. | Month 07 Day 08 Year 2022 — Start of subsequent ownership. Cannot be the same as new vehicle warranty start date. |

| Optional Certified Pre-Owned Wrap | | | | |
|---|---|---|---|---|
| | Product Type | VSC Purchase Price | Expiration Date and Miles (whichever occurs first) | |
| PRODUCT PLAN: PLAN TYPE: DEDUCTIBLE: | Service Contract with Roadside Security+Plus Gold Preferred $0 per visit | $1,980.00 | 100,000 | MONTH 06 DAY 20 YEAR 2026 |
| Time/Mileage: (check one) | ☒ 7 years/100,000 miles on the odometer | | 100,000 | 7 OR 8 years from manufacturer's original new vehicle warranty start date |
| | ☐ 8 years/120,000 miles on the odometer | | 120,000 | |
| | ☐ 7 years/unlimited miles on the odometer | | UNLIMITED | |

## ACKNOWLEDGEMENT

Coverage begins on the manufacturer's original warranty start date, with mileage beginning at zero, regardless of the vehicle age or odometer reading at the time of sale. ALTHOUGH ANY OR ALL COMPONENTS OR PARTS MAY BE COVERED BY THE MANUFACTURER'S LIMITED WARRANTY, WARRANTY EXTENSIONS, RECALLS OR CAMPAIGNS.

On the date of purchase, eligible vehicles must have fewer than 80,000 miles on the odometer.

Nissan Extended Services North America (NESNA) reserves the right to accept, correct, modify or refuse any VSC Application/Declaration. Claims within the first 90 days and/or 3,000 miles of the effective date are subject to review and/or denial for a pre-existing condition. NESNA reserves the right to reject any application or contract for any reason at its discretion upon return of the full amount paid.

☐ **WA Residents:** By initialing this box, YOU acknowledge that YOU have received the attached VSC/Summary which contains information on material conditions that YOU must meet to maintain coverage, including, but not limited to: the maintenance schedule to which YOU must adhere; the requirement to document repair and maintenance work; the procedures for filing claims; the work and parts covered by the VSC; the time and mileage limitations; the exclusions of coverage; the right to return the VSC for a full refund; the implied warranty of merchantability of the motor vehicle is not waived if the VSC has been purchased within 90 days of the purchase date of the motor vehicle from a provider who also sold the motor vehicle covered by the VSC. **Nissan Security+Plus is administered by Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068, tel. 615-725-1000.**

I agree that my VSC is being issued in accordance with the information contained in this Application/Declaration and is subject to the terms and conditions stated therein. I understand that purchase of the VSC is not required as a condition to purchase or obtain financing for a motor vehicle. **I agree that maintenance of the above-described vehicle, in accordance with factory standards in the Owner's Manual, is a condition precedent to the coverage under this VSC.** A deductible, if applicable, applies per visit where a covered component is repaired. Please review the attached VSC before signing this Application/Declaration. Please call 800-NISSAN-1 if you have any questions.

| X _(signature)_ | 07/08/2022 | X _(signature)_ | 07/08/2022 |
|---|---|---|---|
| APPLICANT'S SIGNATURE | DATE | AUTHORIZED DEALER'S SIGNATURE | DATE |
| SEC-WRAP | | LIENHOLDER | 0821 |

# EXHIBIT B

## (Proof of Purchase Price and Loan Interest)

1. A screenshot from Plaintiff's SELCO Community Credit Union online banking account, taken on May 21, 2025, showing the original auto loan amount of $24,782 used to finance the subject 2019 Nissan Sentra.

2. A second screenshot of an Online support chat between Plaintiff and SELCO Community Credit Union, dated May 6, 2025, confirming that Plaintiff has paid $2,607 in interest on the above-referenced loan.

3. Plaintiff seeks a buyback in the amount of $27,389, which reflects only the original purchase price plus interest paid to date.

4. In the interest of swift and targeted injunctive relief, Plaintiff is not seeking reimbursement for repair deductibles, out-of-pocket expenses, or maintenance costs at this time.

# Original Loan Balance with Selco Community Credit Union
## (*The original loan amount of $24,782 is the original purchase price paid*)



# Total Interest Paid on the Subject 2019 Sentra Auto Loan
## (*Selco Chat Support stated $2,607 in total interest paid as of May 6, 2025*)



◎ **Locations & ATMs**

**About Us**

Safety and Soundness

Become a Member

Community Giving

Careers

Inclusivity Statement

**SELCO in the News**

Press Releases

Media Contacts

**How-Tos & FAQs**

Security Center

Current Rates

CE     Cailen E.     🔊  [End]

arrives.

Cailen E.

Thank you Kang, it looks like the
amount of interest paid since the
loan has been opened is
$2,607.94.

[Facebook] [Instagram] [LinkedIn] [TikTok] [YouTube]

Contact Us | Website Privacy Policy | Privacy Policy

🏠 NCUA     Accessibility Statement | Federally Insured
          #402847 | ©2025 SELCO Community Cre...

**Get Our Digital Banking App**

[Download on the App Store] [Get it on Google Play]

We are committed to providing digital accessibility for people with disab...
forth in the Website Content Accessibility Guidelines (WCAG). If you are...
experiencing difficulty accessing any aspect of the SELCO website, plea...
assist with a website accessibility issue, we look forward to discussing oth...
video. or in person at one of our branches.

PAGE 10 - MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT C

## (Dropbox Folder QR Code – CVT Failure Evidence)

1. This Dropbox folder contains at least 24 videos of the subject 2019 Sentra failing uncontrollably while driving. All defendants have had access to this growing evidence and have allowed this to continue for nearly two months.

2. All 24 videos were recorded by Plaintiff between March 24, 2025 and May 21, 2025, following the third failed patch repair on the same defective CVT. In these videos, the vehicle will clearly and loudly slip out of gear at speeds of up to 35 mph. The RPMs surge uncontrollably as the vehicle abruptly stops accelerating, before finally dropping sharply and jerking back into motion.

3. Most of the submitted videos were recorded on the same roads near Plaintiff's residence because the vehicle fails every morning shortly after being started. These recordings capture the most consistent instances of the defect.

4. Far more failures have occurred randomly throughout each day, every day, over the last two months, which were not recorded due to the unpredictability of the defect and the impossibility of safely filming every moment of driving.

5. The submitted footage reflects only a fraction of the total incidents. The defect is constant, random, and dangerous, placing Plaintiff at risk daily.

6. This Dropbox folder QR code can be found on the following page.

**(Dropbox Folder QR Code – CVT Failure Evidence)**



## CERTIFICATE OF SERVICE

I, Kang Immortus, hereby certify that on this date, May 22, 2025, I served the foregoing MOTION FOR PRELIMINARY INJUNCTION by delivering a complete and accurate copy thereof on the following counsel of record by email:

Stephen P. Yoshida
Attorney for Defendant Nissan North America, Inc.
Martin Bischoff LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
syoshida@mblglaw.com

Stephen Rickles
Attorney for Defendants Lithia Nissan of Eugene and Lithia Motors, Inc.
The Rickles Law Firm
PO Box 10065
Portland, OR 97296
steve@rickles-law.com

Executed on May 22, 2025.

Respectfully Submitted,
Dated: May 22, 2025
Kang Immortus
2940 Crescent Ave APT 211
Eugene, OR, 97408
541-736-6984
kangtheconqueror937@gmail.com
Plaintiff, Pro Se