FILED 04 JUN '25 11:44 USDC-ORE

# UNITED STATES DISTRICT COURT DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Kang Immortus<br><br>　　　Plaintiff,<br><br>v.<br><br>LITHIA NISSAN OF EUGENE<br><br>LITHIA MOTORS, INC. and,<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　Defendants. | Case No. 6:25-cv-00778<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO REMAND** |

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO REMAND

Pursuant to LR 7-1(a), Plaintiff certifies that he made good faith efforts to confer with Defendants' via email multiple times regarding the urgent safety concerns. On May 11, 2025, Defendants requested that Plaintiff waive all rights under the Magnuson-Moss Warranty Act in exchange for stipulating to remand. Plaintiff responded the next day, declining to waive those rights and instead requesting a loaner vehicle due to the ongoing and well-documented safety risks. Defendants did not respond to this email and have made no effort to resolve or address the dangerous vehicle. Defendants have willfully refused to confer on the matters raised in the pending motion for preliminary injunction.

PAGE 1 - PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO REMAND

## I. Introduction

Plaintiff respectfully submits this reply pursuant to the Court's June 3, 2025 order. When Plaintiff filed the Motion to Remand on May 9, 2025, he was not pursuing any federal claims. However, after further research, it became clear that the most direct and effective path to immediate vehicle relief is through a preliminary injunction under the Magnuson-Moss Warranty Act against Nissan North America, Inc. Given the urgency of the situation and the ongoing danger posed by the defective vehicle, Plaintiff respectfully asks the Court to grant the pending federal injunction and then remand all remaining state claims against all defendants to Lane County Circuit Court.

## II. Plaintiff's Clarified Position

1. Plaintiff does not oppose a stay of state law claims pending resolution of the federal motion for preliminary injunction under the MMWA.

2. Plaintiff now seeks federal jurisdiction solely to obtain emergency injunctive relief under the Magnuson-Moss Warranty Act. This is the most effective and immediate path for addressing the ongoing danger posed by the defective vehicle.

3. Defendants previously attempted to condition remand on Plaintiff waiving all federal rights under the MMWA. This coercive demand, referenced in Plaintiff's prior supplement, underscores the necessity of resolving the MMWA claim before any remand occurs.

4. Once the federal issue is resolved, Plaintiff respectfully asks the Court to remand all remaining state law claims against all defendants to Lane County Circuit Court.

5. Plaintiff submits this reply solely to clarify his position and to ensure the Court can proceed with confidence. No further filings are anticipated unless directed by the Court.

6. Plaintiff respectfully adds that the risk of an accident is very high every day the vehicle is driven. Defendants have offered no safety resolution in over two months despite a growing Dropbox folder now at 32 videos of uncontrollable CVT failures, three failed repairs under warranty, two active warranties, and class action history involving Plaintiff's exact vehicle and exact defect.

### III. Conclusion

For the reasons stated, Plaintiff respectfully requests that the Court retain jurisdiction solely to resolve the pending emergency motion for preliminary injunction under the MMWA. Once resolved, Plaintiff requests that the remainder of the case be remanded to state court.

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully Submitted,
June 4, 2025
Kang Immortus
2940 Crescent Ave APT 211
Eugene, OR, 97408
541-736-6984
kangtheconqueror937@gmail.com
Plaintiff, Pro Se

*/s/ Kang Immortus*

## CERTIFICATE OF SERVICE

I, Kang Immortus, hereby certify that on this date, June 4, 2025, I served the foregoing PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO REMAND by delivering a complete and accurate copy thereof on the following counsel of record by email:

Stephen P. Yoshida
Attorney for Defendant Nissan North America, Inc.
Martin Bischoff LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
syoshida@mblglaw.com

Stephen Rickles
Attorney for Defendants Lithia Nissan of Eugene and Lithia Motors, Inc.
The Rickles Law Firm
PO Box 10065
Portland, OR 97296
steve@rickles-law.com

Executed on June 4, 2025.

                                          Respectfully Submitted,
                                          June 4, 2025
                                          Kang Immortus
                                          2940 Crescent Ave APT 211
                                          Eugene, OR, 97408
                                          541-736-6984
                                          kangtheconqueror937@gmail.com
                                          Plaintiff, Pro Se
                                          */s/ Kang Immortus*