**Stephen P. Yoshida, OSB No. 044588**
syoshida@mblglaw.com
**Johnathon K. Carter, OSB No. 223670**
jcarter@mblglaw.com
MARTIN BISCHOFF, LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015

Attorneys for Defendant Nissan North America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| KANG IMMORTUS,<br><br>              Plaintiff,<br><br>   v.<br><br>LITHIA NISSAN OF EUGENE; LITHIA MOTOR, INC.; and NISSAN NORTH AMERICA, INC.,<br><br>              Defendants. | Case No. 6:25-cv-00778<br><br>**DECLARATION OF JOHNATHON K. CARTER IN SUPPORT OF DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, JOHNATHON CARTER, solemnly declare as follows:

1.    I am over eighteen (18) years of age and am competent to testify to the matters contained in this Declaration based upon my own personal knowledge and belief.

2.    I am licensed to practice law in the State of Oregon (OSB No. 223670) and am one of the attorneys of record for Defendant Nissan North America, Inc. ("NNA"). I make this

Declaration in support of NNA's Response in Opposition to Plaintiff's Motion for Preliminary Injunction.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the relevant pages of the applicable warranty for the 2018-19 Nissan Sentra which is the subject of this lawsuit, and which includes an arbitration provision that triggers the Magnuson-Moss Warranty Act's pre-suit informal dispute provision.

I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct.

Signed at Portland, Oregon this 4th day of August, 2025.

*s/ Johnathon Carter*
Johnathon Carter, OSB No. 223670

Page 2 -    DECLARATION OF JOHNATHON K. CARTER IN SUPPORT OF
DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR  97204
Telephone: 503-914-2015

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I served the foregoing DECLARATION OF JOHNATHON K. CARTER IN SUPPORT OF DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION on the individuals listed below by causing a true copy thereof to be served in the manner specified below:

Kang Immortus
2940 Crescent Ave., Apt. 211
Eugene, OR 97408
Email: kangtheconqueror937@gmail.com
*Pro se Plaintiff*

☒ U.S. Mail, postage prepaid
☐ E-service via the court
☒ E-mail

Stephen P. Rickles
The Rickles Law Firm, PC
PO Box 10065
Portland, OR 97296
Email: steve@rickles-law.com
*Attorneys for Defendants Lithia Nissan of Eugene and Lithia Motors, Inc.*

☐ U.S. Mail, postage prepaid
☒ E-service via the court
☐ E-mail to:

MARTIN BISCHOFF, LLP

s/ Johnathon K. Carter
Stephen P. Yoshida, OSB No. 044588
syoshida@mblglaw.com
Johnathon K. Carter, OSB No. 223670
jcarter@mblglaw.com
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: (503) 914-2015
*Attorneys for Defendant Nissan North America, Inc.*

Page 3 -    DECLARATION OF JOHNATHON K. CARTER IN SUPPORT OF
             DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE IN
             OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY
             INJUNCTION

MARTIN BISCHOFF, LLP
Attorneys at Law
620 SW 5th Avenue, Suite 300
Portland, OR 97204
Telephone: 503-914-2015