UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Kang Immortus<br><br>　　　　Plaintiff,<br><br>v.<br><br>LITHIA NISSAN OF EUGENE;<br><br>LITHIA MOTORS, INC.; and,<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 6:25-cv-00778<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**I, KANG IMMORTUS, solemnly declare as follows**

1.　I am over eighteen (18) years of age and am competent to testify to the matter contained in this Declaration based upon my own personal knowledge and belief.

2.　The shared Dropbox folder is now at 60 videos of vehicle failures. Plaintiff asks the court to review the latest August videos via the QR code. (ECF No.7 Exhibit C)

3.　Plaintiff has emailed Stephen Yoshida updates and pleas regularly for months while the Dropbox folder has grown to 60 videos as of this filing. No response from NNA.

4.　Defendant NNA's counsel Johnathon Carter, who recently argued the vehicle is "not a threat to our safety," has been a member of this Dropbox folder for months, and Plaintiff has also emailed multiple videos directly to Mr. Carter and Mr. Yoshida.

5. The vehicle has worsened extensively, and as of the last few weeks, the vehicle fails many times every single time it is driven, including while merging into lanes and turning across oncoming traffic. The vehicle is nearing unusable.

6. Defendant NNA still has not once offered a temporary vehicle, even though the usage cost would likely be marginal relative to the ongoing costs of litigation.

*Plaintiff has asked NNA's counsel for a temporary vehicle for months now, and had worked with a NNA arbitration specialist for months even before their appearance.*

7. Plaintiff and his partner tried to avoid driving the first month, but this had severely affected their employment due to both sharing this defective vehicle.

8. Plaintiff and partner continue to only drive the vehicle when necessary, missed many summer coast plans, and never risk taking this vehicle on any highways.

9. Plaintiff has pleaded with and offered Mr. Yoshida multiple paths of resolution during briefing. No response has been received in over two weeks now.

10. Plaintiff went to drive to the Courthouse on the date of this filing and the vehicle would not start at all. Plaintiff has taken a video of the car not starting today and has emailed it to counsel Mr. Yoshida. Plaintiff will now be taking an Uber to the Court to continue with this filing. Plaintiff and partner now have no form of transportation.

**I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct.**

Signed this 7th day of August 2025.

_____
Kang Immortus, Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

I, Kang Immortus, hereby certify that on this date, August 7, 2025, I served the foregoing DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION by delivering a complete and accurate copy thereof on the following counsel of record by email:

Stephen P. Yoshida
Attorney for Defendant Nissan North America, Inc.
Martin Bischoff LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
syoshida@mblglaw.com

Stephen Rickles
Attorney for Defendants Lithia Nissan of Eugene and Lithia Motors, Inc. The Rickles Law Firm
PO Box 10065
Portland, OR 97296
steve@rickles-law.com

Executed on August 7, 2025.