# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Kang Immortus<br><br>        Plaintiff,<br><br>v.<br><br>LITHIA NISSAN OF EUGENE;<br><br>LITHIA MOTORS, INC.; and,<br><br>NISSAN NORTH AMERICA, INC.,<br><br>        Defendants. | Case No. 6:25-cv-00778<br><br>**PLAINTIFF'S SUPPLEMENT**<br>**TO MOTION FOR**<br>**PRELIMINARY INJUNCTION** |

## PLAINTIFF'S SUPPLEMENT TO MOTION FOR PRELIMINARY INJUNCTION

1.     Plaintiff's vehicle has not been starting daily for fifteen days straight.

2.     As a result, Plaintiff has had zero transportation for over two weeks. Defendant has been fully aware of this situation through Plaintiff's repeated daily emails and video evidence sent directly to Mr. Carter and Mr. Yoshida, attached as exhibit A.

3     Plaintiff has repeatedly pleaded with Mr. Yoshida and Mr. Carter via email for a temporary vehicle multiple times during this period. No loaner has been offered.

4.     Plaintiff has also notified Defendant's counsel, Mr. Carter and Mr. Yoshida, that the lack of a reliable vehicle has caused lost income and jeopardized Plaintiff's partner's employment.

PAGE 1 - PLAINTIFF'S SUPPLEMENT TO MOTION FOR PRELIMINARY INJUNCTION

5.    Plaintiff has made clear and consistent settlement proposals to NNA: repurchase of the vehicle at $27,389 plus $50,000 in damages (the lemon law cap) for full dismissal, or repurchase of the vehicle in exchange for dismissal of MMWA claims and remand of state claims.

6.    On Thursday, August 21, Plaintiff finally received a response from Mr. Yoshida, and as of that date NNA still has no response, no offer, and has made no attempt to provide a loaner.

7.    Plaintiff has only been able to get the vehicle to start a few times in the last two weeks and after many repeated attempts. Plaintiff has not once driven the vehicle during this period to avoid the now escalated risk of it dying completely at high speeds.

8.    Plaintiff and partner have been without transportation for over two weeks, have already lost income, and Plaintiff's partner now faces imminent permanent job loss. These harms are irreparable and continue to escalate daily. No response from NNA.

**I declare under penalty of perjury under the laws of the United States and the State of Oregon that the foregoing is true and correct.**

Signed this 21st day of August 2025.

_Kang Immortus_

Kang Immortus, Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I, Kang Immortus, hereby certify that on this date, August 21, 2025, I served the foregoing PLAINTIFF'S SUPPLEMENT TO MOTION FOR PRELIMINARY INJUNCTION by delivering a complete and accurate copy thereof on the following counsel of record by email:

Stephen P. Yoshida
Attorney for Defendant Nissan North America, Inc.
Martin Bischoff LLP
620 SW 5th Avenue, Suite 300
Portland, OR 97204
syoshida@mblglaw.com

Stephen Rickles
Attorney for Defendants Lithia Nissan of Eugene and Lithia Motors, Inc. The Rickles Law Firm
PO Box 10065
Portland, OR 97296
steve@rickles-law.com

Executed on August 21, 2025.

# EXIBIT A

**Plaintiff's Emails to Mr. Yoshida and Mr. Carter**
**(8/8/25 - 8/21/25)**

 Gmail

**K <kangtheconqueror937@gmail.com>**

---

## Still won't start.

**K** <kangtheconqueror937@gmail.com>                Fri, Aug 8, 2025 at 9:32 AM
To: "Stephen P. Yoshida" <syoshida@mblglaw.com>
Cc: "Johnathon K. Carter" <JCarter@mblglaw.com>

Hello.

Attached is a video from this morning of the car still not starting. This is the 2nd day now that the vehicle won't start at all.

Your client needs to provide relief asap whether a settlement, buyback, or temporary vehicle.

Kang.

---

📄 **IMG_1587.mp4**
19846K

 Gmail

**K <kangtheconqueror937@gmail.com>**

## Steve Please.

**K <kangtheconqueror937@gmail.com>**                    Tue, Aug 12, 2025 at 10:22 AM
To: "Stephen P. Yoshida" <syoshida@mblglaw.com>

This is urgent so please take the time to read.

My girlfriend had to call off three shifts over the last week.

We had to delay finishing a project for one of our website clients this week.

I had to walk to the grocery store in 97 degree weather yesterday

We can't get to the gym and I'm a disciplined near elite powerlifter.

We really may lose our one of our jobs, specifically my partners job that is like a 30 minute drive away. This is the most pressing issue.

I've only been able to start the car once in the last 6 days. And even if I could start it we have already almost been t boned so many times from the car failing the way it has been, but now it's failing completely… I can't even imagine what would happen if it dies completely like this at an intersection.

Your client needs to send a release form for the lemon law cap or arrange for a temporary vehicle.

I'll continue to upload videos to Dropbox daily, but I'm not going to email again until I hear back from you. Please let me know.

 Gmail                                K <kangtheconqueror937@gmail.com>

**Steve Please.**

**Stephen P. Yoshida** <SYoshida@mblglaw.com>                Tue, Aug 12, 2025 at 7:01 PM
To: K <kangtheconqueror937@gmail.com>

Hello Mr. Immortus –

I am sorry to hear about the vehicle.  I am continuing to work with my client on a possible resolution proposal.  I just sent off another email to my client this evening.  I will let you know as soon as I have anything to report.

Steve

Stephen P. Yoshida | Partner

 MARTIN BISCHOFF

620 SW Fifth Avenue, Suite 300
Portland, OR  97204
503-382-4203 (direct)

503-970-1459 (cell)
503-914-1725 (fax)

**We are moving and returning to our past!**  Effective January 1, 2025, our offices are located at <u>620 SW Fifth Avenue, Suite 300, Portland, OR 97204</u>.  Email addresses and telephone numbers will remain the same.  However, the firm's name will become <u>Martin</u>

 Gmail

**K <kangtheconqueror937@gmail.com>**

---

# Car Won't Start Day 8

**K** <kangtheconqueror937@gmail.com>
To: "Johnathon K. Carter" <JCarter@mblglaw.com>

Thu, Aug 14, 2025 at 9:59 AM

Video is attached to this email.

This will be the 6th video I've sent you directly over the last 8 days to of the car not starting at all.

I was able to get it to start once for the second time this week but rpms were spiked so I shut it down, and haven't been able to start it again today.

Dropbox folder is now at 67 videos. 60 videos of failures at 20-35mph. Latest 7 videos of the car not starting at all I've been uploading daily.

Had to walk to the grocery store twice this week during the heat wave.

Employment has been seriously affected this last week and is continuing to be affected ongoing.

Just documenting harm directly since you're arguing this vehicle doesn't cause us harm.

---

📄 **IMG_1596.mp4**
15632K

 Gmail

**K <kangtheconqueror937@gmail.com>**

---

## Follow Up

**K <kangtheconqueror937@gmail.com>**                          Fri, Aug 15, 2025 at 12:09 PM
To: "Stephen P. Yoshida" <SYoshida@mblglaw.com>

The ROs are attached to this email for you.

If your client is seeking a full dismissal, it would have to be the full lemon law cap we have discussed.

Do you think that may be possible next week without making any promises?

My girlfriend will likely be fired if this continues beyond next week.

Please let me know if there's anything else I can provide to help.

Also the vehicle will need to be towed.

Thank you, Kang

[Quoted text hidden]

---

**5 attachments**

 **Service12-04-24 pg1.pdf**
2037K

**Service12-04-24 pg2.pdf**
2050K

 **Service12-04-24 pg3.pdf**
1745K

**Service01-31-25.pdf**
1968K

**Service05-09-24.pdf**
1025K

 Gmail

**K <kangtheconqueror937@gmail.com>**

## Update

**K <kangtheconqueror937@gmail.com>**                    Mon, Aug 18, 2025 at 4:08 PM
To: "Stephen P. Yoshida" <syoshida@mblglaw.com>

My girlfriend talked to her manager. If she shows that she has
reliable transportation by this Thursday, she can get her shifts back.
Otherwise she's replaced on the schedule indefinitely.

As soon as we settle, I can show Selco the current dead car loan payoff
is on the way and see if they'll let us move forward on a new car loan
together immediately. This is all escalating very quickly now for us.

 Gmail

**K <kangtheconqueror937@gmail.com>**

---

## Car Won't Start Day 14

---

**K** <kangtheconqueror937@gmail.com>                    Wed, Aug 20, 2025 at 10:46 AM
To: "Johnathon K. Carter" <JCarter@mblglaw.com>
Cc: "Stephen P. Yoshida" <syoshida@mblglaw.com>

We've had zero transportation for two weeks now.

Just want to continue to document you and your client's ongoing awareness of this situation.

Again, we need to get a get a car by tomorrow evening or my partner will not get her job back.

We already have two weeks of partial lost income.

Please advise.

---

📄 **IMG_1606.mp4**
19641K